Decided February 24, 1994

PATRICIA ANGIOLILLO ET AL. *v.* WILMA CORRIS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 908 (AC 11772), is denied.

*James H. Lee,* in support of the petition.

*Wilfred J. Rodie, Jr.,* in opposition.

Decided February 24, 1994

ESSEX SAVINGS BANK *v.* JOHN F. COYNE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 910 (AC 12313), is denied.

*Kenneth R. Davis,* in support of the petition.

*John S. Bennet,* in opposition.

Decided February 24, 1994

K. W. DOLMAR BROADCASTING COMPANY ET AL. *v.* PAUL MATAR

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 906 (AC 11607), is denied.

*Paul Matar,* pro se, in support of the petition.

Decided March 17, 1994